**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SOLATUBE INTERNATIONAL, INC.**, a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>**JAMIE A. SHORB,** individually and doing business as **SOLARISE,** and **DOES 1 through 100,**<br><br>　　　　　　　　Defendants. | Case No.  05-cv-01534-WBS-PAN<br><br>**STIPULATION TO DISMISS ENTIRE ACTION** |

1
STIPULATION TO DISMISS ENTIRE ACTION
*Solatube v. Jamie A. Shorb, Solarise*　　　　USDC CASE NUMBER: 2:05-cv-01534-WBS-PAN

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff SOLATUBE INTERNATIONAL, INC, a Delaware Corporation, and Defendants JAMIE A. SHORB, individually and doing business as SOLARISE, hereby stipulate through their respective counsel of record and pursuant to the terms of the Settlement Agreement and Release executed by the Parties, that the entire above-entitled action be dismissed with prejudice, with the Court reserving jurisdiction to enforce the attached Settlement Agreement between the parties.

It is stipulated that all parties bear their own attorney fees and costs incurred in pursuing and/or defending this matter.

**IT IS SO STIPULATED.**

**ROBERT L. SHIPLEY, A.P.L.C.**

Dated: March 31, 2006                              /S/
Robert L. Shipley
Attorney for Plaintiff
**SOLATUBE INTERNATIONAL, INC.**

**W. AUSTIN COOPER, ESQ.**

Dated: March 31, 2006                              /S/
W. Austin Cooper, Esq.
Attorney for Defendant
**JAMIE A. SHORB AND DOING BUSINESS AS SOLARISE**

**ORDER**

IT IS SO ORDERED.

Dated:  April 4, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
STIPULATION TO DISMISS ENTIRE ACTION
*Solatube v. Jamie A. Shorb, Solarise*                 USDC CASE NUMBER: 2:05-cv-01534-WBS-PAN

PDF created with pdfFactory trial version www.pdffactory.com

3

STIPULATION TO DISMISS ENTIRE ACTION

*Solatube v. Jamie A. Shorb, Solarise*          USDC CASE NUMBER: 2:05-cv-01534-WBS-PAN

PDF created with pdfFactory trial version www.pdffactory.com